IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

---

Massimiliano Pincione, : X

         Plaintiff, :

vs.

      :

David Dale :

         Defendant. :

      : CASE NO.: 1:11cv 367 AJT/IDD

--- X

David Dale

and :

SMI Hyundai Corporation Ltd. :

         Counterclaim Plaintiffs :

v. :

Massimiliano Pincione :

and :

H.R.H. Prince Khaled Bin AlWaleed :

         Counterclaim Defendants :

--- X

## NOTICE OF HEARING

PLEASE TAKE NOTICE that on Friday, July 15, 2011, at 10:00 am or as soon thereafter as counsel may be heard, Plaintiff/Counterclaim Defendant, Massimiliano Pincione, will move the Court for the relief requested in his Motion to Dismiss Counterclaims.

McGuireWoods LLP

By: ___/s/___
**Sean F. Murphy (Va. Bar No. 28415)**
McGuire Woods, LLP
1750 Tysons Boulevard
McLean, Virginia 22102-4215
Telephone No. (703) 712-5487
Facsimile No. (703) 712-5243
sfmurphy@mcguirewoods.com

**OF COUNSEL:**
Jay G. Safer
Jason Nardiello
**LOCKE LORD BISSELL & LIDDELL LLP**
3 World Financial Center
New York, New York 10281-2101
Telephone No.: (212) 415-8600
Facsimile No.: (212) 303-2754
JSafer@lockelord.com
JNardiello@lockelord.com

ATTORNEYS FOR PLAINTIFF/COUNTERCLAIM DEFENDANT
MASSIMILIANO PINCIONE

## CERTIFICATE OF SERVICE

I hereby certify that on May 23, 2011, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to:

James R. Tate
Douglas E Bywater
Tate, Bywater & Fuller PLC
2740 Chain Bridge Road
Vienna, VA  22181
Telephone:  703-938-5100
Facsimile:  703-255-1097
jtate@tatebywater.com
debywater@tatebywater.com

___/s/___
Sean F. Murphy

\31332762.1