UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

------------------------------X
Massimiliano Pincione, :

          Plaintiff, :
vs.
    :

David Dale :

          Defendant. :

------------------------------X
David Dale
                                      CASE NO.: 1:11cv 367 AJT/IDD
and :

SMI Hyundai Corporation Ltd. :

          Counterclaim Plaintiffs :

v. :

Massimiliano Pincione :

and :

H.R.H. Prince Khaled Bin AlWaleed :

          Counterclaim Defendants :
------------------------------X

## CONSENT ORDER ON MOTION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADINGS

THIS MATTER comes before the Court on the Motion for Extension of Time of Defendant Counterclaim Plaintiff David Dale ("Dale") and Counterclaim Plaintiff SMI Hyundai Corporation Ltd. ("SMI") to obtain additional time to file their memorandum in opposition to Plaintiff / Counterclaim Defendant Massimiliano Pincione's ("Pincione") Motion to Dismiss

1

Counterclaims. In their motion Dale and SMI seek an extension of time on the ground that counsel for Dale and SMI inadvertently calendared the response to be filed June 13, 2011 rather than June 6, 2011 when the response was actually due. The hearing on the Motion to Dismiss is set for July 15, 2011, the first mutually convenient date for the Court and counsel.

IT APPEARING TO THE COURT from the endorsement of counsel that Pincione has no objection to Dale and SMI's request and consents to the filing of their responsive brief on or before Friday, June 17, 2011; and

IT FURTHER APPEARING TO THE COURT that Pincione should have an extension of time to Friday, July 1 for Pincione to file his reply brief and that Dale and SMI have no objection and consent to an extension as evidenced by their counsel's endorsement of this Order; it is hereby

ORDERED that Dale and SMI have until Friday, June 17, 2011 to file their response to the Pincione Motion to Dismiss Counterclaims, and that Pincione shall have until Friday, July 1, 2011 to file his Reply Brief in support of his Motion to Dismiss.

Entered this 14th day of June 2011.

/s/
Ivan D. Davis
United States Magistrate Judge

2

**WE ASK FOR THIS:**

MCGUIRE WOODS LLP

By: _/s/ Sean F. Murphy_
Sean F. Murphy, Esq. (Va. Bar #28415)
1750 Tysons Boulevard, Suite 1800
McLean, VA 22101-3892
Tel: (703) 712-5000
Fax: (703) 712-5050
smurphy@mcguirewoods.com

**OF COUNSEL:**

Jay G. Safer
Jason Nardiello
**LOCKE LORD BISSELL & LIDDELL LLP**
3 World Financial Center
New York, New York 10281-2101
Telephone No.: (212) 415-8600
Facsimile No.: (212) 303-2754
JSafer@lockelord.com
JNardiello@lockelord.com

ATTORNEYS FOR PLAINTIFF,
MASSIMILIANO PINCIONE


Tate, Bywater & Fuller PLC

By: _James R. Tate / by Sean Murphy with permission_
James R. Tate
Douglas E Bywater
2740 Chain Bridge Road
Vienna, VA 22181
Telephone: 703-938-5100
Facsimile: 703-255-1097
jtate@tatebywater.com
debywater@tatebywater.com

\31729063.2