UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

------------------------------------X
Massimiliano Pincione,                :

                  Plaintiff,      :
   vs.
                              :

David Dale                            :

                  Defendant.      :

------------------------------------X
David Dale
                                      CASE NO.: 1:11cv 367 AJT/IDD
and                                   :

SMI Hyundai Corporation Ltd.          :

            Counterclaim Plaintiffs   :

   v.                                 :

Massimiliano Pincione                 :

and                                   :

H.R.H. Prince Khaled Bin AlWaleed     :

           Counterclaim Defendants   :
------------------------------------X

## CONSENT ORDER ON MOTION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADINGS

THIS MATTER comes before the Court on the Motion for Extension of Time of Counterclaim Defendant Prince Khaled Bin AlWaleed ("Prince Khaled"), specially appearing by counsel, to obtain additional time to file his challenges and responses to the Counterclaims of Defendant / Counterclaim Plaintiff David Dale ("Dale") and Counterclaim Plaintiff SMI

1

Hyundai Corporation Ltd.'s ("SMI") Counterclaim. Prince Khaled requests a three week extension of time such that any response he files will be due on July 29, 2011.

IT APPEARING TO THE COURT from endorsement of this Order that Dale and SMI have no objection to Prince Khaled's request and their counsel's consent to the filing of his request for a three week extension of time; and

IT FURTHER APPEARING TO THE COURT that there is good cause for granting the Motion for Extension of Time; it is hereby

ORDERED that Prince Khaled shall have until Friday, July 29, 2011 to file responsive pleadings in response to the Counterclaims of David Dale and SMI Hyundai Corporation Ltd.

Entered: 7/11/11

/s/
Ivan D. Davis
United States Magistrate Judge

**WE ASK FOR THIS:**

MCGUIRE WOODS LLP

By: _____/s/_____
Sean F. Murphy, Esq. (Va. Bar # 28415)
1750 Tysons Boulevard, Suite 1800
McLean, VA 22101-3892
Tel: (703) 712-5000
Fax: (703) 712-5050
smurphy@mcguirewoods.com

*Attorneys Specially Appearing for Counterclaim Defendant Prince Khaled Bin AlWaleed*

**SEEN AND AGREED TO:**

TATE, BYWATER & FULLER PLC

By: _____/s/_____
James R. Tate
Douglas E Bywater
2740 Chain Bridge Road
Vienna, VA 22181
Telephone: 703-938-5100
Facsimile: 703-255-1097
jtate@tatebywater.com
debywater@tatebywater.com

*Attorneys for Defendant / Counterclaim Plaintiff David Dale and Counterclaim Plaintiff SMI Hyundai Corporation Ltd.*

\32150923.2