IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| MASSIMILIANO PINCIONE, | ) | |
| | ) | |
| Plaintiff | ) | |
| v. | ) | No. 1:11-cv-367 |
| | ) | |
| DAVID DALE | ) | |
| Defendant. | ) | |
| | ) | |

## ORDER

Upon consideration of Plaintiff/Counterclaim Defendant Massimiliano Pincione's Motion to Dismiss Counterclaims (Doc. No. 10), the memoranda in support thereof, the opposition thereto, and the arguments of counsel, and for the reasons stated in open court on July 15, 2011, it is hereby

ORDERED that Plaintiff/Counterclaim Defendant Massimiliano Pincione's Motion to Dismiss Counterclaims (Doc. No. 10) be, and the same hereby is, GRANTED, and the Counterclaim (Doc. No. 7) be, and the same hereby is, DISMISSED in its entirety, and it is further

ORDERED that within 14 days of this Order, Defendant may file a motion seeking leave to amend the Counterclaim.

The Clerk is directed to forward copies of this Order to all counsel of record.

/s/
_____
Anthony J. Trenga
United States District Judge

Alexandria, Virginia
July 15, 2011