**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

| | | |
|---|---|---|
| Massimiliano Pincione | : | |
| Plaintiff | : | |
| v. | : | |
| David Dale | : | |
| Defendant | : | |
| ****************************************** | | Case No. 1:11-cv-00367 (AJT/IDD) |
| David Dale | : | |
| and | : | |
| SMI Hyundai Corporation Ltd. | : | |
| Counterclaim Plaintiffs | : | |
| v. | : | |
| Massimiliano Pincione | : | |
| and | : | |
| H.R.H. Prince Khaled Bin Al Waleed | : | |
| Counterclaim Defendants | : | |
| ****************************************** | | |

**NOTICE OF HEARING**

PLEASE TAKE NOTICE that on Friday, August 12, 2011 at 10:00 a.m. or as soon thereafter as counsel may be heard, Defendant/Counterclaim Plaintiff, David Dale, will move the Court for the relief requested in his Motion for Leave to File Amended Counterclaim.

    Respectfully submitted,

    SMI Hyundai Corporation Ltd.
    and David Dale
    By Counsel

/s/
James R. Tate
Virginia Bar Number 6241
Douglas E. Bywater
Virginia Bar Number 9137
Tate, Bywater & Fuller PLC
2740 Chain Bridge Road
Vienna, Virginia 22181
Telephone: 703-938-5100
Facsimile: 703-255-1097
jtate@tatebywater.com
debywater@tatebywater.com

Certificate of Service

I hereby certify that on the 1st day of August, 2011, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing (NEF) and a true copy of the foregoing was sent, via first class mail, postage prepaid to the following:

Sean F. Murphy
McGuire Woods, LLP
1750 Tysons Boulevard
McLean, Virginia 22102-4215
sfmurphy@mcguirewoods.com

/s/
James R. Tate
Douglas E. Bywater
Counsel for David Dale, and
SMI Hyundai Corporation Ltd.