**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | |
|---|---|
| Massimiliano Pincione, | : |
| Plaintiff, | : |
| vs. | : |
| David Dale | : |
| Defendant. | : |
| | : CASE NO.: 1:11cv 367 AJT/IDD |
| David Dale | |
| and | : |
| SMI Hyundai Corporation Ltd. | : |
| Counterclaim Plaintiffs | : |
| v. | : |
| Massimiliano Pincione | : |
| and | : |
| H.R.H. Prince Khaled Bin AlWaleed | : |
| Counterclaim Defendants | : |

**NOTICE OF HEARING**

PLEASE TAKE NOTICE that on Friday, September 23, 2011, at 10:00 am or as soon thereafter as counsel may be heard, Sean F. Murphy, Jocelyn Cuttino and the law firm of McGuireWoods, LLP, will move the Court for a hearing on their Motion to Withdraw.

MCGUIREWOODS LLP

By: /s/
       **Sean F. Murphy (Va. Bar No. 28415)**
       McGuire Woods, LLP
       1750 Tysons Boulevard
       McLean, Virginia 22102-4215
       Telephone No. (703) 712-5487
       Facsimile No. (703) 712-5243
       sfmurphy@mcguirewoods.com

**CERTIFICATE OF SERVICE**

I hereby certify that on September 16, 2011, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to:

    James R. Tate
    Douglas E Bywater
    Tate, Bywater & Fuller PLC
    2740 Chain Bridge Road
    Vienna, VA 22181
    Telephone: 703-938-5100
    Facsimile: 703-255-1097
    jtate@tatebywater.com
    debywater@tatebywater.com

    Jay G. Safer
    Jason Nardiello
    **LOCKE LORD BISSELL & LIDDELL LLP**
    3 World Financial Center
    New York, New York 10281-2101
    Telephone: (212) 415-8600
    Facsimile: (212) 303-2754
    JSafer@lockelord.com
    JNardiello@lockelord.com

3

Angela H. France
Malik K. Cutler
PCT Law Group, PLLC
1725 Duke Street
Suite 240
Alexandria, VA  22314
Telephone:  703-881-9141
Facsimile:  (703) 972-9153
afrance@pctlg.com


        /s/
Sean F. Murphy

\33644092.1