IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

FILED OCT 18 2011
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

| | | |
|---|---|---|
| MASSIMILIANO PINCIONE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 1:11-cv-00367 (AJT/IDD) |
| | ) | |
| DAVID DALE, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Upon consideration and review of the parties' Joint Motion to Continue the Final Pretrial Conference [48], it is hereby

**ORDERED** that the parties' Joint Motion [48] is **DENIED**.

The Clerk is directed to forward copies of this Order to all counsel of record.

ENTERED this 18th day of October 2011.

/s/
Ivan D. Davis
United States Magistrate Judge

Alexandria, Virginia