UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

------------------------------------ X
Massimiliano Pincione,                          :

                       Plaintiff,          :
     vs.
                                   :

David Dale,                                             :
                       Defendant.
                                   :

                                   :

------------------------------------ X   CASE NO.: 1:11cv 367 AJT/IDD
David Dale

and                                                         :

SMI Hyundai Corporation Ltd.           :

       Counterclaim Plaintiffs          :

             v.                                        :

Massimiliano Pincione                      :

and                                                         :

H.R.H. Prince Khaled Bin Al Waleed   :

       Counterclaim Defendants         :
------------------------------------ X

**<u>PLAINTIFF MASSIMILIANO PINCIONE'S EXHIBIT LIST</u>**

     Pursuant to Fed. R. Civ. P. 26(a)(3) and this Court's Scheduling Order, Plaintiff Massimiliano Pincione provides as follows for his exhibit list in the trial of this matter:

1

| Exhibit | Item Description | I.D. | ADM. |
|---|---|---|---|
| 1 | Complaint (April 7, 2011) | | |
| 2 | Defendant's Responses to Plaintiff's First Set of Interrogatories, and supplemental responses | | |
| 3 | May 7, 2010 First Agreement between SMI-Hyundai Corporation and PKMP | | |
| 4 | May 7, 2010 Second Agreement between SMI-Hyundai Corporation and PKMP | | |
| 5 | May 18, 2010 Agreement between SMI-Hyundai Corporation and PKMP | | |
| 6 | Emails from Peter Jung to Max Pincione, Keith Edison, Re: Keep me out of this | | |
| 7 | Email from Khaled, dated April 2, 2010, Re: FW | | |
| 8 | Email from David Dale to Max Pincione, dated November 16, 2010, Re: Separation and Settlement Agreement with attachment | | |
| 9 | Emails from/to David Dale Re: Communications, dated February 2011, Re: Communication | | |
| 10 | Email from David Dale to Prince Khaled, dated February 2011, Re: Negotiations | | |
| 11 | Email from Man Kim to Max Pincione, dated September 14, 2010, Re: ODAC Payment | | |
| 12 | Emails from David Dale, dated March 2011, Re: Settlement | | |
| 13 | Emails between Man Kim and Prince Khaled, dated June 13, 2011 Re: RE | | |
| 14 | Letter from HeimLantz to HRH Prince Khaled, dated December 4, 2009 with attachment | | |
| 15 | Cost for Each Project Charts | | |

| | | | |
|---|---|---|---|
| 16 | Email from Khaled Talal, dated March 17, 2011 Re: FW | | |
| 17 | Transfer Instructions and Agreement of Contractual Settlement | | |
| 18 | Engagement & Representation Agreement between SMI Hyundai Corporation Ltd and Prince Khaled and Max Pincione, dated September 24, 2009 | | |
| 19 | Amendment to Agreement between SMI Hyundai Corporation Ltd and Prince Khaled and Max Pincione, dated September 24, 2009 | | |
| 20 | Handwritten Agreement between PKMP and SMI-Hyundai, dated April 9, 2010 | | |
| 21 | Summary of Filed Issues | | |
| 22 | Email between Man Kim, Max Pincione and David Dale, dated September 23, 2010, Re: PK idea | | |
| 23 | Emails between Man Kim, Prince Khaled, and Peter Jung, Re: RE, dated April 2010 | | |
| 24 | Plaintiff's Rule 26(A)(2) Expert Witness Disclosure, Robert W. Lesnevich's Report of Examination and Resume | | |
| 25 | Documents relied upon by Expert Lesnevich | | |
| 26 | Emails between Max Pincione and Ibrahim and El Hadi, dated August 2010, Re: Urgent | | |
| 27 | Emails between Max Pincione and Ibrahim and El Hadi, dated August 2010, Re: Invoices with attachments | | |
| 28 | Email to Max Pincione, dated September 7, 2010, Re: SWIFT 2 & Invoice with attachment | | |
| 29 | Email to Max Pincione, dated August 31, 2010, Re: Invoice & Swift with attachments | | |
| 30 | Emails to Max Pincione, dated August 2, 2010, Re: Wire Transfer with attachment | | |
| 31 | Emails from/to Max Pincione, dated August 2, 2010, Re: Wire Transfer | | |

| | | | |
|---|---|---|---|
| 32 | Emails from/to Max Pincione, dated August 10, 2010, Re: Wire Transfer | | |
| 33 | Emails from/to Max Pincione, dated August 11, 2010, Re: Wire Transfer | | |
| 34 | Emails between Peter Jung and Max Pincione, dated June 2010, Re: bnk info with attachments | | |
| 35 | Emails between Peter Jung and Max Pincione, dated June 2010, Re: bnk info | | |
| 36 | Transfer Instructions, For Credit to J&T Bank Attn SMI Hyundai Corporation | | |
| 37 | Email from Max Pincione to Steve Tiddy, dated August 11, 2010, Re: no subject | | |
| 38 | Email from Peter Jung to Max Pincione, dated February 24, 2010 meeting note | | |
| 39 | Email from Max Pincione to Steve Tiddy, Chairman, dated May 24, 2010, Re: Wiring Instructions with attachments | | |
| 40 | SWIFT Form for $3.2 Million Transfer | | |
| 41 | Emails from/to Max Pincione, dated July 25, 2010, Re: wire SWIFT with attachment | | |
| 42 | Email from Peter Jung to Max Pincione, dated May 18, 2010, Re: Letter | | |
| 43 | Email from Khaled Tala to Peter Jung, dated March 17, 2011, Re: no subject | | |
| 44 | Intentionally Left Blank | | |
| 45 | Emails between Khaled and David Dale, Man Kim, dated April 2010, Re: RE | | |
| 46 | Intentionally Left Blank | | |
| 47 | Emails between Man Kim and Max Pincione, dated February 2010, Re: scan copy with attachments | | |

| | | | |
|---|---|---|---|
| 48 | Email from Peter Jung to Max Pincione, dated March 13, 2010, Re: Malcolm email | | |
| 49 | Letter to Chairman Ali, Transfer Instructions | | |
| 50 | SMI Hyundai letterhead | | |
| 51 | Email between Max Pincione and El Hadi, dated July 30, 2010, Re: wire transfer | | |
| 52 | Intentionally Left Blank | | |
| 53 | Tripoli Green, Conference Palace, Tripoli Chart | | |
| 54 | Email from Man Kim to Max Pincione and David Dale, dated September 23, 2010, Re: PK idea | | |
| 55 | Email from David Dale to Max Pincione and Peter Jung, dated May 2, 2010, Re: Bank Arrangements | | |
| 56 | Transcription and Translation of 17 Recordings for MK Kim; Recordings | | |
| 57 | Man Kim Criminal Cases | | |
| 58 | David Dale Criminal Case Opinion | | |
| 59 | Emails between David Dale, dated January 3, 2011, Re: Fw | | |
| 60 | Email from Max Pincione to Khaled, dated August 31, 2010, Re: no subject | | |
| 61 | | | |
| 62 | | | |
| 63 | | | |

In addition to the above exhibits, Plaintiff reserves the right to use any exhibit at trial listed by the Defendant.

Plaintiff reserves the right to use, in whole or in part, the transcripts for the depositions taken during the case – several of which are not yet available to the Plaintiff.

Plaintiff reserves the right to use any prior recorded testimony or sworn statement of any witness that is unavailable to testify at trial.

Plaintiff reserves the right to use any pleading or written discovery response as an exhibit at trial.

Plaintiff reserves the right to use at trial any document marked as an exhibit during the depositions taken in this case.

Plaintiff reserves the right to submit exhibits for the purposes of rebuttal and/or impeachment as may arise at trial.

Plaintiff reserves the right to use demonstrative, illustrative and/or summary exhibits during trial.

Plaintiff reserves the right to amend and/or supplement their Exhibit List to include any subsequently discovered exhibits identified in discovery after submission of this pleading, including without limitations depositions conducted after this submission.

Dated: October 20, 2011                Respectfully submitted,

                                             PCT LAW GROUP, PLLC


                                             By:             /s/
                                             Angela H. France, Esq. (VSB 46862)
                                             1725 Duke Street
                                             Suite 240
                                             Alexandria, VA 22314
                                             Phone: (703) 881-9141
                                             Fax:    (703) 972-9153 (fax)
                                             Email:  afrance@pctlg.com


                                             Jay G. Safer, Esq. (admitted pro hac vice)
                                             LOCKE LORD BISSELL & LIDDELL LLP
                                             3 World Financial Center
                                             New York, NY 10281
                                             Phone: (212) 415-8600
                                             Fax:    (212) 303-2754
                                             Email:  jsafer@lockelord.com

                                             *Attorneys for Massimiliano Pincione*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on October 20, 2011, I filed the foregoing using the CM/ECF system which will send a notice of electronic filing through the Court's electronic filing system to the following:

> James R. Tate, Esq.
> Douglas Bywater, Esq.
> Tate, Bywater & Fuller PLC
> 2740 Chain Bridge Road
> Vienna, VA 22181
> Telephone:  (703) 938-5100
> Facsimile:  (703) 255-1097
> jtate@tatebywater.com
> debywater@tatebywater.com

>                 /s/_____
> Angela H. France, Esq., VSB #46862
> PCT LAW GROUP, PLLC
> 1725 Duke Street
> Suite 240
> Alexandria, Virginia 22314
> Phone:  (703) 881-9141
> Fax:  (703) 972-9153
> Email:  afrance@pctlg.com