# United States District Court
## PRETRIAL CONFERENCE

Time:  10:00 a.m. - 10:10 a.m.
Title  Pincione v. Jung                                                     Case # 1:11cv00349-AJT
Title  Pincione v. Dale                                                      Case # 1:11cv00367-AJT
                                                                                       Date: October 20, 2011

**DOCKET ENTRY:**    **Final Pretrial Conference**

**PRESENT:**     HONORABLE    **Anthony J. Trenga**  , Presiding

                                              Kristina Brown
                                              Deputy Clerk

**APPEARANCES:**
    Counsel for:    Plaintiff [ ✘ ]    Defendant [ ✘ ]    Pro-Se [   ]

**TRIAL:**
[ ✘ ] Case set for trial by **JURY** on  **December 5, 2011**  at  **10:00 a.m.**   *(Expected to last: 4 days)*
[ ] Case set for trial by **COURT** on _____ at __

- The Parties have prepared and are going to file a Motion to Consolidate 1:11cv00349 and 1:11cv00367 - no obj. between Parties. <u>Court</u>:  The Court is going to conditionally consolidate and will review Motion.
- Counsel for David Dale advised that a Motion to Amend/Correct the Counterclaims is still pending - <u>Court</u>: Court to check on status.
- 1:11cv00349 - Parties intend to stipulate to a Bench Trial - <u>Court</u>:  Parties instructed to file Waiver.
- Motions in Limine to be filed by:   **11/11/2011** w/ hearing to be noticed for: **12/02/2011 @ 10:00 a.m.**
- Atty Gilbert Kenneth Davis advised that he is having issues w/ Pacer, but intends to file pleadings related to various pretrial matters, a Motion re: deposition of Pincione and Witness and Exhibit Lists once able. <u>Court</u>: Court directed counsel to electronically file said documents and to take up any discovery issues w/ the Magistrate Judge.
- Parties directed to contact Judge Davis for a Settlement Conference.