IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| MASSIMILIANO PINCIONE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| DAVID DALE, ) | |
| ) | |
| Defendant. ) | |
| ) | Civil Action No. 1:1-cv-00367 (AJT/IDD) |
| ) | |
| David Dale ) | |
| ) | |
| and ) | |
| ) | |
| SMI Hyundai Corporation Ltd., ) | |
| ) | |
| Counterclaim Plaintiffs, ) | |
| v. ) | |
| ) | |
| Massimiliano Pincione ) | |
| ) | |
| And ) | |
| ) | |
| H.R.H. Prince Khaled Bin Al Waleed, ) | |
| ) | |
| Counterclaim Defendants. ) | |
| ) | |

## **ORDER**

Upon consideration and review of the Defendant's Motion to Amend his Answer and Grounds of Defense;

And, it appearing to the Court for the reasons stated in Defendant's Motion to Amend with accompanying Memorandum that Defendant's Motion to Amend should be granted, it is, therefore:

**ORDERED** that the Defendant's Motion to Amend his Answer to add the affirmative defense of Qualified Privilege is **Granted.**

The Clerk is directed to forward copies of this Order to all counsel of record.

ENTERED this _____ day of November, 2011.

_____/s/_____
**Anthony J. Trenga**
**United States District Judge**

Alexandria, Virginia