IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| MASSIMILIANO PINCIONE, )<br>)<br>Plaintiff )<br>v. )<br>)<br>PETER SANG DIUK JUNG, )<br>)<br>Defendant. )<br>_____) | No. 1:11-cv-349-AJT/IDD |
| MASSIMILIANO PINCIONE, )<br>)<br>Plaintiff )<br>v. )<br>)<br>DAVID DALE )<br>)<br>Defendant. )<br>_____) | No. 1:11-cv-367-AJT/IDD |

## ORDER

This matter is before the Court on the Joint Motion to Consolidate Civil Case No. 1:11-cv-349 (*Pincione v. Jung*) and Civil Case No. 1:11-cv-367 (*Pincione v. Dale*) Pursuant to FRCP Rule 42 [Doc. No. 72, 1:11-cv-367]. Upon consideration of the motion, and having found the two cases to present common questions of fact and law, the Court finds consolidation proper in the interests of justice and judicial economy. Accordingly, it is hereby

ORDERED that the parties' Joint Motion to Consolidate [Doc. No. 72, 1:11-cv-367] be, and the same hereby is, GRANTED.

The Clerk is directed to forward copies of this Order to all counsel of record.

/s/
Anthony J. Trenga
United States District Judge

Alexandria, Virginia
November 7, 2011